May 23, 2008

Ms. Cynthia T. Sheppard
Post Office Box 67
Cuero, TX 77954

Mr. Gary L. Evans
Coats & Evans
P.O. Box 130246
The Woodlands, TX 77393-0246
Honorable Thomas R. Culver III
240th District Court
County Courthouse
301 Jackson, Ste. 204
Richmond, TX 77469-3110

RE: Case Number: 06-0414
 Court of Appeals Number: 14-06-00136-CV
 Trial Court Number: 04-CV-139972

Style: IN RE TEAM ROCKET, L.P., MLF AIRFRAMES, INC., AND MARK L.
 FREDERICK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Glory |
| |Hopkins |
| |Mr. Ed Wells |